AO 256
(Rev. 2/86)

# CRIMINAL DOCKET · U.S. District Court

**90-71-03-CR-5**

| | | | | U.S. | (LAST, FIRST, MIDDLE) | Case Filed | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|
| PO ☐ | 417 | 05 | Assigned 1708 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | VS. **CAROL JEAN FOWLER** | Mo. 11 Day 05 Yr. 91 | 00071 | 03 |
| Misd. ☐ | | | | | | No. of Def's ● | U.S. MAG. CASE NO. ▶ | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:371 | Conspiracy to launder money (Ct. 1) | 1 | |
| 18:1956(a)(1)(B)(i)&18:2 | Money laundering; Aiding & Abetting (Cts.2,3&5) | 3 | |
| 18:1957,18:2 | Money laundering; Aiding & abetting (Ct. 6) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE ▶ EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE ▶ **11-5-91** APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint X Superseding ☐ Felony-W/waiver

KEY DATE ▶ **11/19/91**
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE ▶ APPLICABLE: ☐ Dismissal  Pled ☐ guilty ☐ Nolo  After N.G. / After nolo  ☐ Trial (voir dire) began  ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION / REMOVAL HEARING  OR | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ● In ☐ Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

**Richard H. Moore**

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

4408 Lake Brandt Road
Greensboro, NC
919/545-0193   **27403**

Atty Status by 11/29/91

Farris Duncan
P. O. Box 1104
Goldsboro, NC   27530

735-9427

**PTD: 6/15/92 EC**

**70 days up: 1-28-92**

### BAIL ● RELEASE

**PRE-INDICTMENT**

Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Br
☐ Collateral
☐ 3rd Prty
☐ Other

**POST-INDICTMENT**

lease Date
Bail ☐ Denied
IOUNT SET
ate Set
Bail Not Made
ate Bond Made

☐ Fugitive
☐ Pers. Rec
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Br
☐ Collateral
☐ 3rd Prty
☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO. | Yr. | Docket No | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ___ OF ___ / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants   **V. PROCEEDINGS** | | | |
| 11-5-91 | | | 1 | **INDICTMENT FILED** - c: USA, USPO, USM, PTS, Judge Dixon, Judge Boyle, New Bern Div.   jh | | | |
| 11-6-91 | | | | **REQUEST FOR WARRANT** - by: USA - bond rec: Detention   jh | | | |
| 11-6-91 | | | 2 | **ISSUED WARRANT FOR ARREST** - Orig and 1c: USM w/copy of Indictment c: USA   jh | | | |
| 11/19/91 | | | -- | **INITIAL APPEARANCE** in Ral before USMJ Denson - Recorded - Deft present w/counsel (Charles R. Hassell, Jr--ltd app) - Advised of charges, max punish and rights - Govt does not move for deten - Deft will retain private counsel - Deft is released   vp | | | |
| | | | 3. | **ORDER SETTING CONDITIONS OF RELEASE** - deft is released on spec conds and $100,000 unsec bond **(Denson)** - 1c: USA, USM PTS, Deftq   vp | | | |
| | | | 4. | **APPEARANCE BOND** - deft is released on $100,000 unsec bond **(Denson)** 1c: Deft, USA, USM, PTS   vp | | | |
| | | | -- | PRETRIAL SERVICE REPORT TO DIXON   VP | | | |
| 11/21/91 | | | 5 | **RETURN ON WARRANT** - deft. arrest on 11/19/91 at Raleigh, NC by SA Jim Burgess.   b11 | | | |
| 11-22-91 | | | 6 | **PRETRIAL SCHEDULING ORDER** - Conf by: 12/9/91, Mtns by: 12/19/91, Responses 12/30/91 **(Judge Dixon)** •c: Jduge Boyle, USA, Deft jh | | | |
| 12-4-91 | | | | JUDGE DENSON CALLED AND HAS GIVEN THE DEFT. UNTIL 12-6-91 TO OBTAIN COUNSEL   jm | | | |
| 1/16/92 | | | 7 | **ORDER** - that the FPD is directed to provide representation in this action. (DENSON, USDMJ) Cys: USA, USPO & FPD.   b11 | | | |
| 1/22/92 | | | 8 | **NOTICE OF APPEARANCE** _ by Farris A. Duncan for deft., cys: USA, USPO, PTS, J. Boyle, J. Dixon & cy rtnd. to counsel.   b11 | | | |
| 1-24-92 | | | 9 | **DEFTS REQUEST AND MOTION FOR DISCOVERY AND INSPECTION** - w/cs c: Judge Dixon   jh | 1-24-92 / 2-6-92 | | 13 |
| 1-29-92 | | | | ISSUED NOTICE FOR ARR. & TRIAL - Mon. Feb. 10, 1992 at 10AM in E-City c: USA, USPO, USM, Counsel, Judge Boyle   jh | | | |
| 2-3-92 | | | 10 | **MOTION TO CONTINUE TRIAL DATE FROM FEBRUARY 10, 1992** - filed by deft. 1c: Judge Boyle   jm | 2-10-92 / 2-24-92 | | 14 |
| 2/6/92 | | | 11 | LETTER/ORDER- defendant's motion for discovery may be renewed; insofar as the motions seeks an order of the court requiring the government to give over such a breadth of materials for inspection is DENIED; USMJ Dixon;   bb | | | |
| " | | | 12 | ORDER--this case is reset and will be heard on 2/24/92 in Raleigh before the undersigned; period of delay excludable under 18:3161(h)(8)(A) & (B)(iv); Jduge Boyle; CR OB#45, p. 174; cys to USA; counsel   bb | | | |
| 2-5-92 | | | | **ISSUED NOTICE TO APPEAR** for arraignment & trial on Monday, February 24, 1992 at 10:00 a.m. in Ral., NC before Judge Boyle - Cys: USA, USPO, USM, Counsel of record & Judge Boyle   jm | | | |
| 2/14/92 | | | 13 | **MOTION TO CONTINUE** - by deft. w/cs, cy to Judge Boyle.   b11 | 2-14-92 / 3-6-92 | | 21 |
| 2/21/92 | | | 14 | **ORDER** - that this case is reset for 3/16/92 before J. Boyle. The period of delay necessitated by this cont. is excluded fr. speedy trial computation. (BOYLE, USDJ) CROB#45, pg. 212, cys: USA & counsel.   b11 | | | |
| 3-6-92 | | | 14. | **ORDERED** that a motion for a continuance of the trial was filed by the co-deft. and motion was granted and case reset for 4-27-92 - Raleigh (Judge Boyle) - Cys: USA, USPO, USM, Counsel CR. O.B.#46, P. 25.   jm | 3-6-92 / 4-27-92 | | 52 |

Case 5:91-cr-00071-BR   Document 3   Filed 11/05/91   Page 2 of 2

CONTINUED TO PAGE ___    30

**LETTER CODES**
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,ii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment for arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)




